IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM CROCE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-6831 |
| | : | |
| v. | : | |
| | : | |
| WEST CHESTER SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of April, 2015, after considering the defendant's amended motion for summary judgment (Doc. No. 20), the plaintiff's response in opposition to the defendant's amended motion for summary judgment (Doc. No. 24), the plaintiff's deposition interrogatories and the defendant's responses thereto (Doc. No. 28); and after hearing oral argument from the parties; accordingly, it is hereby **ORDERED** that the defendant's amended motion for summary judgment (Doc. No. 20) is **GRANTED**. Judgment is hereby entered in favor of the defendant, West Chester School District, and against the plaintiff, William Croce. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.